UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BRUCE MARTIN,

    Plaintiff,

v.                                               CASE NO. 2:10-cv-356-FtM-36SPC

SEARS, ROEBUCK AND CO., a Foreign
Profit Corporation,

    Defendant.
_____/

## ORDER

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Sheri Polster Chappell (Doc. 35), filed on December 23, 2010. In her Report and Recommendation, Judge Chappell recommends that this case be dismissed without prejudice due to Plaintiff Bruce Martin's failure to prosecute. Specifically, Judge Chappell notes that mail sent to Plaintiff, who was incarcerated at the Boone County, Kentucky jail, was returned as undeliverable and that Plaintiff has failed to keep the Court informed of his current mailing address. Neither party has filed a response to Judge Chappell's Report and Recommendation, and the time for doing so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

      **ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Doc. 35) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. This case is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 12, 2011.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE SHERI POLSTER CHAPPELL
COUNSEL OF RECORD